# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

August 16, 2010

*Before*

RICHARD D. CUDAHY, *Circuit Judge*

RICHARD A. POSNER, *Circuit Judge*

TERENCE T. EVANS, *Circuit Judge*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff-Appellee,* | ) | Appeal from the United States District |
| | ) | Court for the Northern District of Illinois, |
| No. 09-1426 | ) | Western Division. |
| | ) | |
| v. | ) | No. 08 CR 50023 |
| | ) | |
| JOSE F. TAPIA, | ) | Frederick J. Kapala, *Judge.* |
| *Defendant-Appellant.* | ) | |

**ORDER**

On consideration of the Defendant-Appellant's Petition for Rehearing filed on August 11, 2010, in the above-captioned case, all of the judges on the panel have voted to deny rehearing. Therefore, the petition is **DENIED**.

However, the slip opinion is amended to remove the last sentence of the full paragraph on page 15:

> Moreover, as stated in the discussion of Rodriguez' testimony, the judge was able to observe and consider the manner and demeanor of the witnesses, and such observations should be given deference. *Edwards*, 898 F.2d at 1276.